# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRIS WALTERS

JUDGMENT IN A CIVIL CASE

v.

PATRICIA OBRIEN

CASE NUMBER: C11-5906RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.


_November 14, 2011_  
Date

_WILLIAM M. McCOOL_  
Clerk

_s/CM Gonzalez_  
Deputy Clerk